**Order entered April 2, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-18-00167-CV**

**SARAH GREGORY AND NEW PRIME, INC., Appellants**

**V.**

**JASWINDER CHOHAN, ET AL, Appellees**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-15-02925-E**

**ORDER**

Before the Court is appellants' April 1, 2020 unopposed motion for extension of time to file supplemental briefing. Appellants' motion is **GRANTED,** and their supplemental brief shall be filed by April 16, 2020. Appellees' supplemental brief, if any, shall be filed within **14 DAYS** of appellants' supplemental brief.

/s/ ROBERT D. BURNS, III
CHIEF JUSTICE